# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANGELA WILSON,

        Plaintiff,

v.                                            No. CV 20-1066 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING IN PART UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Angela Wilson's *Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse and/or Remand* (the "Motion"), (Doc. 21), filed June 7, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

        **IT IS THEREFORE ORDERED** that Plaintiff is granted through **June 25, 2021**, to serve her Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

        **IT IS FURTHER ORDERED** that Defendant is granted through **August 24, 2021**, to serve his Response, and Plaintiff through **September 7, 2021**, to serve her Reply. **No further extensions will be granted.**

        **IT IS SO ORDERED**.

                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE